**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT DAGAN JONES, | Case No. 2:26-cv-01474-GMN-DJA |
| Petitioner, | |
| v. | **ORDER** |
| JEREMY BEAN, et al., | |
| Respondents. | |

Petitioner Brett Dagan Jones, a *pro se* litigant, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF Nos. 1-1, 1-2, 1-3).  This habeas matter is before the Court for initial review under the Rules Governing Section 2254 Cases.  Jones challenges a judgment of conviction entered in state district court.[1]  The Court takes judicial notice of the habeas Petitions Jones has filed in the District of Nevada:

- *Jones v. Filson*, Case No. 3:05-cv-00154-MMD-RAM, which was dismissed, without prejudice, because all claims were unexhausted in state district court;

- *Jones v. Smith*, Case No. 3:10-cv-00590-MMD-CLB, which was dismissed as barred by the statute of limitations and doctrine of procedural default;

- *Jones v. State of Nevada,* Case No. 3:14-cv-00364-MMD-VPC, which was dismissed as a successive petition brought without authorization from the Court of Appeals, and in which authorization was subsequently denied by the Court of Appeals; and

- *Jones v. State of Nevada,* Case No. 3:16-cv-00036-RCJ-VPC, which was dismissed as a successive petition brought without authorization from the Court of Appeals.

---

[1] The Court takes judicial notice of the online docket records of the Eighth Judicial District Court and Nevada appellate courts.  The docket records may be accessed by the public online at: https://www.clarkcountycourts.us/Anonymous/default.aspx                    and http://caseinfo.nvsupremecourt.us/public/caseSearch.do.

As this Court has previously explained to Jones, a second or successive petition may not be filed absent authorization from the Court of Appeals.  The current petition is second or successive because a prior federal petition was dismissed with prejudice as untimely and, therefore, decided on its merits, Jones attacks the same judgment of conviction, and the claims Jones raises here are based on facts that had occurred by the time of the prior petition. *See Brown v. Muniz*, 889 F.3d 661, 667 (9th Cir. 2018).  Where a petition has been dismissed with prejudice as untimely or because of procedural default, the dismissal constitutes a disposition on the merits and renders a subsequent petition second or successive for purposes of 28 U.S.C. § 2244. *McNabb v. Yates*, 576 F.3d 1028, 1029-1030 (9th Cir. 2009).

Under 28 U.S.C. § 2244(b)(3), before a second or successive petition is filed in the federal district court, a petitioner must move in the court of appeals for an order authorizing the district court to consider the petition.  A federal district court does not have jurisdiction to entertain a successive petition absent such permission. *Brown*, 889 F.3d at 667.  Jones makes no allegation or showing that he has received authorization from the Court of Appeals for the Ninth Circuit to file this second or successive petition.  This second or successive petition must therefore be dismissed for lack of jurisdiction.

**IT IS THEREFORE ORDERED:**

1.  Petitioner Brett Dagan Jones's Petition for Writ of Habeas Corpus (ECF Nos. 1-1. 1-2, 1-3) is dismissed for lack of jurisdiction.

2.  Petitioner's Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is granted.

3.  Petitioner's Motion to File Exhibits (ECF No. 6) is denied as moot.

4.  Petitioner is denied a certificate of appealability, as jurists of reason would not find the dismissal of the petition on jurisdictional grounds to be debatable or wrong.

5.  The Clerk of Court is kindly directed to add Nevada Attorney General Aaron D. Ford

///

///

///

as counsel for Respondents. No response is required from Respondents other than to respond to any orders of a reviewing court.

6. The Clerk of Court is further kindly directed to enter final judgment accordingly, dismissing this action without prejudice, and close this case.

DATED: June 16, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3